**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Christopher M. Alston
September 16, 2016; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Bankruptcy No. 16-12073 |
| MICHAEL A. CALOGRIDIS, | ) |
| | ) ORDER OF SALE OF REAL PROPERTY |
| Debtor(s). | ) OF THE ESTATE FREE AND CLEAR |
| | ) OF LIENS AND ENCUMBRANCES |

THIS MATTER having come regularly before the above signed judge of the above-entitled

court upon the trustee's motion to sell assets of the estate, it appearing that all interested parties have

received notice and no objection to the motion having been filed, or said objection having been

incorporated into the terms of this order, now, therefore, it is hereby

ORDERED that, subject to the terms of the written approval of secured creditor Bayview

Loan Servicing, LLC, its servicers, affiliates or successors, the trustee, Edmund J. Wood, is

authorized to sell real property of the estate according to the terms of the purchase and sale

agreement and the short sale approval letter, both attached to Docket No. 55 , and generally set forth

below:

Street address of
property to be sold: 5615 - 24th Avenue N.W., Unit 24
Seattle, WA 98107

**ORDER OF SALE OF REAL PROPERTY**
**OF THE ESTATE FREE AND CLEAR OF**
**LIENS AND ENCUMBRANCES**
160914bOrd  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

| | | |
|---|---|---|
| 1 | Legal description of property to be sold: | Unit 24, The Metropole, Vol. 218, P. 87-98, King County |
| 2 | | |
| 3 | Parcel No.: | 549130005008 |
| 4 | Sale price: | $415,000.00   or such higher price as the parties agree to in order to close the short sale |
| 5 | Carve Out/Buyer's Premium: Total Funds from Buyer: | $ 22,825.00 $437,825.00 |
| 6 | | |
| | Terms of sale: | Cash at Closing |
| 7 | | |
| | Purchaser: Purchaser's address: | Colin Tierney & Gloria Johnson, and/or assigns 442 Oyster Drive Le Selva Beach, CA 95076 |
| 8 | | |
| 9 | | |
| | Costs of sale: | The estate will pay the real estate agent a commission of 6% of the gross sales price or such lesser amount as the agents shall agree to; and, the estate will pay those costs of sale customarily paid by the Seller in Western Washington. These costs would include, but are not limited to, title insurance, real estate taxes due through the date of sale and one-half of the escrow costs. |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Utility Liens | In many cases the existence of a utility lien and/or the amount of the lien is unknown until closing or thereafter. These liens usually, but not always, are equal to the utilities bills incurred over several months. These liens will be addressed at closing. |
| 15 | | |
| 16 | | |
| 17 | Encumbrances & approximate claim amounts: | |
| 18 | | (1)  Sierra Pacific Mortgage Company deed of trust - $110,000 (on title report, not on debtor's schedules); |
| 19 | | (2)  Bayview Loan Servicing, LLC, successor to or servicer for JP Morgan Chase Bank, deed of trust - $450,000; |
| 20 | | |
| 21 | | (3)  JP Morgan Chase Bank deed of trust - $135,000 (on title report, not on debtor's schedules); and |
| 22 | | (4)  Metropole Homeowners Association lien - $35,000. |
| 23 | | |

24    IT IS HEREBY FURTHER ORDERED that said sale will be free and clear of all liens and

25    interests, except real and personal property taxes, said liens and interests to attach to the proceeds

of the sale as though those proceeds were the property, said liens and interests to be satisfied from

**ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
160914bOrd  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1　those proceeds.　The trustee specifically reserves the right to contest each encumbrance or alleged

2　encumbrance against the subject property.　Notwithstanding the foregoing, the trustee may pay the

3　above named secured creditors, in the order of their liens to the extent funds are available.

4　　　　IT IS HEREBY FURTHER ORDERED that the buyer's premium/carve out of at least

5　$22,825 is approved.

6　　　　IT IS HEREBY FURTHER ORDERED that at least one half of the funds received by the

7　estate from the sale shall be distributed to pre-petition unsecured creditors.　If those creditors are

8　paid in full, any remaining funds may be available for administrative expenses.

9　　　　IT IS HEREBY FURTHER ORDERED that the automatic stay under Federal Rule of

10　Bankruptcy Procedure 6004(h) shall not apply to the transaction(s) approved in this order.

11　　　　IT IS HEREBY FURTHER ORDERED that, as the purchaser is a good faith purchaser for

12　value, the provisions of 11 U.S.C. § 363(m) are applicable to this sale.

13　　　　　　　　　//// END OF ORDER ////

14

　　Presented By:

15

　　THE LIVESEY LAW FIRM

16

17　　　　/S/ *Rory C. Livesey*

18　Rory C. Livesey, WSBA #17601
　　Attorneys for Trustee

19

　　The Livesey Law Firm

20　600 Stewart Street, Suite 1908
　　Seattle, WA 98101

21　(206) 441-0826

22

23

24

25

**ORDER OF SALE OF REAL PROPERTY**
**OF THE ESTATE FREE AND CLEAR OF**
**LIENS AND ENCUMBRANCES**
160914bOrd　Page 3

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826