**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Christopher M. Alston
January 26, 2018; 9:30 a.m.

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL A. CALOGRIDIS, | Bankruptcy No. 16-12073 |
| Debtor(s). | ORDER ALLOWING AND DISALLOWING CLAIMS |

UPON THE PROOFS OF CLAIM of the creditors hereinafter set out, duly filed herein, either no objection having been filed to the allowance thereof by the parties in interest or the trustee's objection to the claims having been sustained, and it appearing that the said claims have been duly proven and should be allowed, and no adverse interest being represented, now, it is

ORDERED that said claims be and the same hereby are allowed in the respective sums set out opposite the several names, as follows, to-wit:

////

////

////

**ORDER ALLOWING AND
DISALLOWING CLAIMS**
180119fOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

| CLAIM NO. | CLAIMANT | AMOUNT |
|---|---|---|
| | SECTION 507(a)(8) TAX CLAIMS PURSUANT TO SECTION 726(a)(1) | |
| 2 | Illinois Department of Revenue | $ 3,161.33 |
| 7 | Internal Revenue Service | $ 5,191.53 |
| | Subtotal this category: | $ 8,352.86 |
| | SECTION 501 GENERAL UNSECURED CLAIMS PURSUANT TO SECTION 726(a)(2)(A) | |
| 1 | Ballard Animal Hospital | $ 885.76 |
| 3 | CACH, LLC | $ 523.09 |
| 4 | Wells Fargo Bank | $ 16,659.16 |
| 5 | JP Morgan Chase Bank, N.A. | $ 129,386.07 |
| | Subtotal this category: | $ 147,454.08 |
| | PENALTIES & LIQUIDATED DAMAGES PURSUANT TO SECTION 726(a)(4) | |
| 2 | Illinois Department of Revenue | $ 398.10 |
| 7 | Internal Revenue Service | $ 127.97 |
| | Subtotal this category: | $ 526.07 |
| | TOTAL: | $ 156,333.01 |

IT IS FURTHER ORDERED that the priorities presented above are priorities in conformity with the provisions of the Bankruptcy Code; and, therefore, the Order of Disbursement shall provide for the payment of claims, by priority, in the sequence set forth above.

IT IS FURTHER ORDERED that claim number 6, filed by Sears Holding Corporation, is disallowed for purposes of receiving a distribution from the bankruptcy estate, but nothing in this order shall affect Sears' claim with regard to the nondischargeability proceeding under case number 16-01172.

//// END OF ORDER ////

**ORDER ALLOWING AND DISALLOWING CLAIMS**
180119fOrd   Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 16-12073-CMA    Doc 87    Filed 01/22/18    Ent. 01/22/18 10:24:43    Pg. 2 of 3

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Attorneys for Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Approved as to Form; Notice of
Presentation Waived by:

LANE POWELL PC


/S/ *James B. Zack*
_____
James B. Zack, WSBA #48122
Attorneys for Creditor Sears Holding Corporation

Lane Powell PC
1420 5th Avenue, Suite 4200
Seattle, WA 98101
(206) 223-7403

**ORDER ALLOWING AND
DISALLOWING CLAIMS**
180119fOrd   Page 3

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 16-12073-CMA    Doc 87    Filed 01/22/18    Ent. 01/22/18 10:24:43    Pg. 3 of 3